IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No.   12-cr-00199-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISNAEL RAYMUNDO,
a/k/a Ismael Mendosa,
a/k/a Salvador Esteban,
a/k/a William Valenzuela,

    Defendant.

## ORDER

PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

ORDERED that Defendant Isnael Raymundo is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 10th day of July 2014.

BY THE COURT:

_____
Judge William J. Martínez
United States District Judge